**GERAGOS & GERAGOS**
A PROFESSIONAL CORPORATION
LAWYERS
HISTORIC ENGINE CO. NO. 28
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411
TELEPHONE (213) 625-3900
FACSIMILE (213) 625-1600
GERAGOS@GERAGOS.COM

MARK J. GERAGOS SBN 108325
(mark@geragos.com)
BEN J. MEISELAS SBN 277412
(meiselas@geragos.com)

Local Counsel for Plaintiff and the Proposed Class

Brian J. Wanca
(bwanca@andersonwanca.com)
**ANDERSON + WANCA**
3701 Algonquin Road, Suite 760
Rolling Meadows, IL 60008
Telephone: 847-368-1500
Fax: 847-368-1501
*[Admitted Pro Hac Vice]*

Counsel for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC B. FROMER CHIROPRACTIC, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SPENDWELL HEALTH, INC.,<br><br>Defendant. | **Case No.: 2:14-CV-08728 AB (JCx)**<br><br>*Honorable Andre Birotte, Jr.*<br><br>*Magistrate Hon. Jacqueline Chooljian*<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, ERIC B. FROMER CHIROPRACTIC, INC., and Defendant, SPENDWELL HEALTH, INC., through their undersigned attorneys, hereby stipulate to the dismissal of this entire action with prejudice.  Each party to bear its own costs.

Dated:  September 14, 2015

Respectfully submitted,

**ANDERSON + WANCA**

By: s/ Brian J. Wanca
BRIAN J. WANCA
GLENN L. HARA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL  60008
Telephone:  847-368-1500
Fax:  847-368-1501
bwanca@andersonwanca.com

**GERAGOS & GERAGOS APC**
MARK J. GERAGOS
BEN MEISELAS

Attorneys for Plaintiff, ERIC B. FROMER CHIROPRACTIC, INC.

And:

**DLA PIPER LLP (US)**

By:  s/Monica D. Scott
MONICA D. SCOTT
EDWARD D. TOTINO

Attorneys for Defendant, SPENDWELL HEALTH, INC.

- 1 -