JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC B. FROMER CHIROPRACTIC, INC., a California corporation, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>v.<br><br>SPENDWELL HEALTH, INC., CAMBIA HEALTH SOLUTIONS, INC., CAMBIA HEALTH FOUNDATION and JOHN DOES 1-10,<br><br>Defendants. | **Case No.: 2:14-CV-08728-AB-VBK**<br><br>*Honorable Andre Birotte, Jr.*<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the Joint Stipulation of Dismissal With Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) submitted by Plaintiff ERIC B. FROMER CHIROPRACTIC, INC. and Defendant SPENDWELL HEALTH, INC. Having reviewed the parties' joint stipulation, it is hereby ORDERED that:

1. The Court hereby dismisses this action with prejudice pursuant to stipulation of the parties. Each party to bear its own costs.

It is so **ORDERED**.

Dated: September 17, 2015

_____
André Birotte Jr.
United States District Court Judge